IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARLON KHAN FOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:08-cv-00856 |
| | ) | JUDGE HAYNES |
| CORRECTIONS CORPORATION OF AMERICA and KAYLA WILSON, | ) ) ) | |
| Defendants. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for partial summary judgment (Docket Entry No. 19) is **DENIED**. Defendants' motion for summary judgment (Docket Entry No. 15) is **GRANTED** on Plaintiff's failure to exhaust his administrative remedies, but is otherwise **DENIED without prejudice** to Plaintiff's underlying claims.

Any appeal of this Order would not be in good faith, as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 15 July, 2009.

William J. Haynes, Jr.
United States District Judge